No. 10-7963. Jimmie Lee Boyd, Petitioner v. California.

562 U.S. 1230, 131 S. Ct. 1495, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1654.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-7966. Maurice Wallace, Petitioner v. Marvin Powers, et al.

562 U.S. 1230, 131 S. Ct. 1495, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1544.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7968. Ronald Zueski, Petitioner v. Robert Prause, et al.

562 U.S. 1230, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1640.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-7969. Gordon Kirk Kemppainen, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1230, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1513,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7972. Larry Torres, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1230, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1650.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 101.

No. 10-7973. Roy C. Pitts, Jr., Petitioner v. Florida.

562 U.S. 1231, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1573.

February 22, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 43 So. 3d 697.

No. 10-7979. Paul Hupp, Petitioner v. Educational Credit Management Corporation, et al.

562 U.S. 1231, 131 S. Ct. 1557, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1590.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 382 Fed. Appx. 572.

No. 10-7980. Clarence T. Fox, Jr., Petitioner v. Federal Bureau of Prisons, et al.

562 U.S. 1231, 131 S. Ct. 1496, 179 L. Ed. 2d 325, 2011 U.S. LEXIS 1664.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 966.